IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DIANA L. FERNANDEZ,

    Plaintiff,

    v.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

    Defendant.

Case No.: 1:19-CV-00297-RB-KK

## STIPULATION OF EXTENSION OF TIME FOR DEFENDANT TO FILE AN INDEXED AND NUMBERED COPY OF ADMINISTRATIVE RECORD

Defendant Hartford Life and Accident Insurance Company ("Hartford"), and Plaintiff Diana Fernandez hereby stipulation to a one week extension of time for Hartford to file under seal an indexed and numbered copy of the Administrative Record in this matter with the Court. In support of this consented to Motion, Hartford shows the Court as follows:

1. Plaintiff filed the Complaint in this action in the 8th Judicial District Court, Taos County on February 26, 2019.

2. Plaintiff served Hartford with the Complaint and Summons through CT Corporation System, Espanola, New Mexico on or about March 4, 2019.

3. Hartford timely removed this action on April 1, 2019. (Doc. #1.)

4. Plaintiff and Hartford filed a Joint Status Report and Provisional Case Management Plan with the Court on May 3, 2019. (Doc. #8.)

5. Hartford filed an Answer to the Complaint on May 8, 2019. (Doc. #9.)

6. The Court entered its Order Setting Briefing Schedule on May 13, 2019, providing that Hartford file under seal an indexed and numbered copy of the Administrative Record in this matter by Friday, June 14, 2019. (Doc. 11.)

7. The parties are actively participating in settlement negotiations and Hartford's counsel has been working with Hartford toward such settlement negotiations.

8. Hartford's counsel's workload on this and other matters has caused the need for a one week extension of the June 14, 2019 deadline for filing of the Administrative Record.

9. Plaintiff's counsel stipulates to this one week extension of the June 14, 2019 deadline for filing of the Administrative Record.

10. The parties will not be prejudiced by the one week extension of the June 14, 2019 deadline for filing of the Administrative Record.

11. The extension of the June 14, 2019 deadline for filing of the Administrative Record will affect the briefing deadlines otherwise set by the Court.

WHEREFORE Hartford respectfully requests that the Court allow this Stipulation of Extension of Time for Defendant Hartford to file under seal and indexed and numbered copy of the Administrative Record in this matter, up to and including June 21, 2019.

RESPECTFULLY SUBMITTED this 14th day of June, 2019.

| By: s/Donald D. Vigil | By: s/ Kristina N. Holmstrom |
|---|---|
| Donald D. Vigil | Kristina N. Holmstrom |
| Law Office of Donald D. Vigil PC | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| 100 Fourteenth St. SW | Esplanade Center III, Suite 800 |
| Albuquerque, NM  87102 | 2415 East Camelback Road |
| (505) 247-2020 | Phoenix, AZ 85016 |
| (505) 764-8380 (Fax) | (602) 778-3724 |
| donvigil@donalddvigil.com | kristina.holmstrom@ogletree.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant Hartford Life and Accident Insurance Company* |

## **CERTIFICATE OF SERVICE**

The undersigned attorney for Hartford Life and Accident Insurance certifies that on this day the foregoing was filed with the Clerk of Court using the CM/ECF system which will provide notification of such filing upon counsel for Plaintiff in this action via the CM/ECF system and addressed as follows:

>Donald D. Vigil
>Law Office of Donald D. Vigil PC
>100 Fourteenth St. SW
>Albuquerque, NM  87102
>(505) 247-2020
>(505) 764-8380 (Fax)
>donvigil@donalddvigil.com
>
>*Attorney for Plaintiff*

This is the 14th day of June, 2019.

>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
>
>By:  s/ Kristina N. Holmstrom
>Kristina N. Holmstrom, SBN 023384
>Esplanade Center III, Suite 800
>2415 East Camelback Road
>Phoenix, AZ 85016
>
>*Attorneys for Defendant Hartford Life and Accident Insurance Company*

38928203.1