IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DIANA L. FERNANDEZ,

    Plaintiff,

    v.

              Case No.: 1:19-CV-00297-RB-KK

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

    Defendant.

**ORDER**

Upon consideration of the parties' Stipulation to Extend Time to File an Indexed and Numbered Copy of the Administrative Record, the Court finds good cause to allow the Stipulation and extend the deadline for Defendant Hartford Life and Accident Insurance Complaint to file the Indexed and Numbered Copy of the Administrative Record for one week, up to and including June 21, 2019.

IT IS SO ORDERED that the Stipulation to Extend Time to File an Indexed and Numbered Copy of the Administrative Record is granted and Defendant shall file under seal an Indexed and Numbered Copy of the Administrative Record by June 21, 2019.

This 14th day of June, 2019.

_____
UNITED STATES MAGISTRATE JUDGE