IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DIANA L. FERNANDEZ,

    Plaintiff,

        v.                                Case No.: 1:19-CV-00297-RB/KK

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

    Defendant.

## DEFENDANT HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY'S NOTICE OF FILING ADMINISTRATIVE RECORD UNDER SEAL

Pursuant to the Court's June 14, 2019 Order (ECF 14), Defendant Hartford Life and Accident Insurance Company filed under seal the indexed and numbered copy of the Administrative Record as follows:

Index of the Administrative Record:

    1.    Administrative Record (Long-Term Disability Claim File) (HLAICDFAR000001-640).

    2.    Administrative Record (Short-Term Disability File) (HALICDFAR000641-736).

    3.    Administrative Record (Life Waiver of Premium File) (HLAICDFAR000737-747).

    4.    Policies Nos. GLT-395155, GRH-395191, GRH-395155, and GL-395155 (HLAICDFPOL000001-147).

    5.    Certificate of Coverage for Policy No. GL/GLT/GRH-395155 (HLAICDFPOL000148-158).

A copy of the Administrative Record was produced to Plaintiff's counsel on May 30, 2019.

DATED this 21st day of June 2019.

                                          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                          By:  /s/ Kristina N. Holmstrom
                                               Kristina N. Holmstrom, SBN 023384
                                               Esplanade Center III, Suite 800
                                               2415 East Camelback Road
                                               Phoenix, AZ 85016

                                               *Attorneys for Defendant Hartford Life and Accident Insurance Company*

## **CERTIFICATE OF SERVICE**

The undersigned attorney for Hartford Life and Accident Insurance certifies that on this 21st day of June 2019, the foregoing was **FILED UNDER SEAL** with the Clerk of Court using the CM/ECF system, which will provide notification of such filing upon counsel for Plaintiff in this action via the CM/ECF system and addressed as follows:

>Donald D. Vigil
>Law Office of Donald D. Vigil PC
>100 Fourteenth St. SW
>Albuquerque, NM  87102
>donvigil@donalddvigil.com

>*Attorney for Plaintiff*

>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

>By: s/ Kristina N. Holmstrom
>Kristina N. Holmstrom, SBN 023384
>Esplanade Center III, Suite 800
>2415 East Camelback Road
>Phoenix, AZ 85016

>*Attorneys for Defendant Hartford Life and Accident Insurance Company*

38979346.1