**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| DIANA L. FERNANDEZ, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) **Case No.: 1:19-cv-00297 – LF/KK** |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the parties, Plaintiff Diana Fernandez and Defendant Hartford Life and Accident Insurance Company, and pursuant to Fed. R. Civ. P.41(a)(1)(A)(ii) and notify the Court that this action is being DISMISSED WITH PREJUDICE, with the parties to bear their own respective costs, expenses and attorney fees.

Dated this 25th day of July, 2019.

RESPECTFULLY SUBMITTED,

DONALD D. VIGIL, P.C.

/s/ Donald D. Vigil Electronically Signed
Donald D. Vigil
donvigil@donalddvigil.com
100 Fourteenth Street SW
Albuquerque, NM 87102
Telephone: (505) 247-2020
ATTORNEYS FOR PLAINTIFF

2

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/Kristina N. Holmstrom Electronically Signed
Kristina N. Holmstrom
kristina.holmstrom@ogletree.com
Ann-Martha Andrews
ann.andrews@ogletree.com
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Telephone: 602.778.3700
Facsimile:  602.778.3750
ATTORNEYS FOR DEFENDANT